**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary B. Frederick, | No. CV-20-0929-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Victor M. Garcia, et al., | |
| Defendants. | |

Following a bench trial, Plaintiff Mary B. Frederick prevailed on her claims under the Motor Vehicle Information and Costs Savings Act ("Odometer Act"). She now moves for an award of attorney's fees in the amount of $15,532.50. (Doc. 43.) Defendants did not file a response to the motion and the time to do so has passed.

The Odometer Act mandates an award of reasonable attorney's fees for a prevailing plaintiff. 49 U.S.C. § 32710(b). Fees are calculated pursuant to the lodestar method, whereby the number of hours reasonably expended is multiplied by a reasonable hourly rate. *U.S. v. $28,000.00 in U.S. Currency*, 802 F.3d 1100, 1106 (9th Cir. 2015). Here, the Court finds Mr. Bybee's $475-per-hour rate to be reasonable given his experience. The Court also finds Mr. Bybee's 32.7 hours of attorney time to be reasonable and adequately documented. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for attorney's fees (Doc. 43) is **GRANTED**. The Clerk shall enter judgment in favor of Plaintiff Mary B. Frederick, and

against Defendants, Victor M. Garcia, Olga Garcia Martinez, M&Jr. Auto Sales LLC, Jacqueline Randall, and M. Grant Randall jointly and severally, in the amount of **$15,532.50** for Plaintiff's attorney's fees.

Dated this 1st day of February, 2022.

Douglas L. Rayes
United States District Judge